# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ASPEN AMERICAN INSURANCE COMPANY,
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

M/V CMA CGM TARPON, ET AL.,
*Defendant*

CASE NUMBER: 2:13-CV-01741-KM-MCA

TO: *(Name and address of Defendant):*   CMA CGM S.A.

In care of its general agent CMA CGM (America) LLC

One Meadowlands Plaza, Suite 201

East Rutherford, New Jersey 07073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TIMOTHY D. BARROW, ESQ

148 Main Street, Suite 3

Lebanon, New Jersey 08833

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
_____
CLERK

LEROY DUNBAR
_____
(By) DEPUTY CLERK



ISSUED ON 2013-03-21 17:53:52.0, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 3/25/13 |
| NAME OF SERVER (PRINT) Mario Martini | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Claudine Laitman, office manager

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/27/13
Date

Signature of Server

P.O. Box 88, Somerville, NJ 08876
Address of Server

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CASE NO.: 2:13−CV−01741−KM−MCA
Date Filed: 00/00/0000

AFFIDAVIT OF SERVICE

**Aspen American Insurance Company**

    Plaintiff/Petitioner,

vs.

**M/V CMA CGM Tarpon, et al.**

    Defendant/Respondent.

_____/

STATE OF NEW JERSEY
COUNTY OF SOMERSET   ss.

I, **Mario Martini**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **03/25/2013** at **11:25 AM**, I served the within **SUMMONS AND VERIFIED COMPLAINT IN ADMIRALTY** on **CMA CGM S.A. c/o its general agent CMA CGM (America) LLC** at **One Meadowlands Plaza Suite 201, East Rutherford, NJ 07073** in the manner indicated below:

By delivering a true copy of this process to **Claudine Laitman**, **Office Manager** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Female − Age: 50 − Skin: White − Hair: Brown − Height: 5'7 − Weight: 150**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this 27 day of March, 2013 by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC
MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2018

Mario Martini − Process Server
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ  08876
908−707−1900

Atty File#:  − Our File# **42136**