Michael Fernandez, Esq.
FREEHILL HOGAN & MAHAR LLP
549 Summit Avenue
Jersey City, New Jersey 07306-2701
Tel: (973) 623-5514
Attorneys for Defendant: CMA CGM S.A.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY,<br><br>                      Plaintiff,<br>     v.<br><br>M/V CMA CGM TARPON, her engines, tackle, appurtenances, etc., *in rem*, and<br>TOP CONTAINER LINE, INC. and<br>CMA-CGM S.A., *in personam*,<br><br>                      Defendants. | 2:13-cv-01741-KM-MCA |

## APPLICATION FOR EXTENSION OF TIME TO
## ANSWER, MOVE, OR OTHERWISE REPLY
## [Local Civil Rule 6.1(a)(b)]

Application is hereby made for a Clerk's Order extending time for 14 days within which Defendant CMA CGM S.A. may answer, move, or otherwise reply to the Complaint filed by Plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on March 25, 2013; and
3. Currently, time to answer, move or otherwise reply expires on April 15, 2013.

Dated: Jersey City, New Jersey
       April 15, 2013

                                              FREEHILL, HOGAN & MAHAR, LLP
                                              Attorneys for Defendant CMA CGM S.A

                                              By:_____
                                              Michael Fernandez
                                              549 Summit Avenue
                                              Jersey City, NJ  07306-2701

400008.1

## **ORDER**

The above application is hereby GRANTED with time extended to answer, move or otherwise reply to the Complaint on or before <u>April 29, 2013</u>.

ORDER DATED:

                                                 _____
                                                 WILLIAM T. WALSH, Clerk
                                                 By:
                                                 Deputy Clerk

400008.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA ECF AND/OR EMAIL**

Timothy D. Barrow, Esq.
Grist Mill Square, Suite 3
148 Main Street
Lebanon, New Jersey 08833
(908) 236-2229
tdbarrow@ocean-law.com
Attorneys for Plaintiff

_____
Michael Fernandez

400008.1