181-13/MF
Michael Fernandez, Esq.
FREEHILL HOGAN & MAHAR LLP
549 Summit Avenue
Jersey City, New Jersey 07306-2701
Tel: (973) 623-5514
Attorneys for Defendant: CMA CGM S.A.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY, | 2:13-cv-01741-KM-MCA |
| Plaintiff, | |
| v. | **RULE 7.1 STATEMENT** |
| M/V CMA CGM TARPON, her engines, tackle, appurtenances, etc., *in rem*, and TOP CONTAINER LINE, INC. and CMA-CGM S.A., *in personam*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant CMA CGM S.A. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

NONE

Dated: New York, New York
April 29, 2013

FREEHILL, HOGAN & MAHAR, LLP
Attorneys for defendant
CMA CGM S.A.

By: _____
Michael Fernandez
80 Pine Street
New York, New York 10005
(212) 425-1900

400699.1